UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-0688 AG (ANx) | Date | August 9, 2013 |
|---|---|---|---|
| Title | MICHAEL BURNHAM, et al. v. RUAN TRANSPORTATION | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER RE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION TO STAY**

In this putative class action, current and former employees (together, "Plaintiffs") sued Defendant Ruan Logistics Corporation ("Defendant"), alleging that Defendant violated California's wage-and-hour laws.

Defendant filed a Motion for Partial Summary Judgment ("Defendant's MSJ"), arguing that some of Plaintiffs' claims are preempted by the Federal Aviation Administration Authorization Act of 1994 (the "FAAAA"). The Court took Defendant's MSJ under submission. Since then, the parties have made numerous supplemental filings related to Defendant's MSJ and other issues. (*See, e.g.*, Dkt. Nos. 75-77, 84-86, 90, 127-28, 134-35.) The Court also ordered the parties to file briefs addressing the potential impact of *Dan's City Used Cars, Inc. DBA Dan's City Auto Body v. Pelkey,* 133 S.Ct. 1769 (May 13, 2013), a recent Supreme Court decision interpreting the FAAAA. (Order Requesting Supplemental Briefing on Motion for Summary Judgment, Dkt. No. 136.)

Besides Defendant's MSJ, there are three other pending motions. Two of them, Plaintiff's Motion for Summary Judgment ("Plaintiff's MSJ") and Defendant's Motion to Stay, are set for hearing on August 19, 2013, at 10:00 a.m. (*See* Order re: Stipulation to

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-0688 AG (ANx) | Date | August 9, 2013 |
|---|---|---|---|
| Title | MICHAEL BURNHAM, et al. v. RUAN TRANSPORTATION | | |

Continue Hearing Motion for Summary Judgment and Motion to Stay the Case, Dkt. No. 167.) The Court expects to rule on Defendant's MSJ before the hearing. At the hearing, the Court will discuss the status of this case and the impact of the Court's order ruling on Defendant's MSJ. The parties therefore need not come prepared to discuss Plaintiff's MSJ or Defendant's Motion to Stay.

: 0

Initials of Preparer    lmb