**DESAI LAW FIRM, P.C.**
Aashish Y. Desai, Esq. (SBN 187394)
M. Adrianne De Castro, Esq. (SBN 238930)
3200 Bristol Street, Ste. 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830
Facsimile: (949) 271-4190
aashish@desai-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BURNHAM, FERNANDO CASTILLO, NEVA CRAWFORD, RICKY CRAWFORD, TED DAY, JOHN GUGLER, CHARLES HOWLETT, EDUARDO JIMENEZ, BILL MCMAHON, JODY PAULSON, ROBERT ROJAS, TODD SHOOK, TONY SKIRROW, DANTE STEWARD, SALVADOR BUCIO SUAREZ AND DANIEL WARE, on behalf of themselves and all others similarly situated, and on behalf of all other "aggrieved" employees,<br><br>Plaintiffs,<br><br>vs.<br><br>RUAN TRANSPORTATION, an Iowa Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:SAVC12-0688 AG (ANx)<br><br>**JOINT STIPULATION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |

1

# RECITALS

A. Defendant Ruan filed a Motion for Summary Judgment on December 24, 2012 as to Plaintiffs meal and rest break claims and minimum wage compensation claims.

B. The Court filed an Order Granting Defendant's Motion on August 16, 2013. (Docket No. 172.)

C. As represented at the August 19, 2012 hearing before the Court, the Parties believe that the Court's Order involves several controlling questions of law as to which ether is a substantial ground for difference of opinion, and that an immediate appeal from the Order may materially advance the ultimate termination of this litigation.

# STIPULATION

A. The Court's Order Granting Defendant's Motion involves several controlling questions of law as to which there is a substantial ground for difference of opinion, and that an immediate appeal form the Order may materially advance the ultimate termination of the litigation.

B. The Court's Order should be certified for interlocutory appeal pursuant to 29 U.S.C. § 1292(b).

1
2  Dated: August 21, 2013         DESAI LAW FIRM, P.C.
3
4                                 By:   */s/ Aashish Y. Desai*
                                        AASHISH Y. DESAI
5
                                        Attorneys for Representative
6                                       Plaintiffs and Class Members

7  Dated: August 21, 2013         BROWN GITT LAW GROUP, LLP
8
9                                 By:   */s/ Cynthia E. Gitt*
                                        CYNTHIA E. GITT
10                                      LAWRENCE L. YANG

11                                      Attorneys for Defendant
                                        RUAN TRANSPORTATION
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28