Case 8:12-cv-00688-AG-AN   Document 264   Filed 04/07/14   Page 1 of 2   Page ID #:8424

DESAI LAW FIRM, P.C.
Aashish Y. Desai, Esq. (SBN 187394)
Adrianne De Castro, Esq. (SBN 238930)
3200 Bristol St., Ste. 650
Costa Mesa, CA  92626
Telephone:  (949) 614-5830
Facsimile:   (949) 271-4190
aashish@desai-law.com
adrianne@desai-law.com

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BURNHAM, FERNANDO CASTILLO, NEVA CRAWFORD, RICKY CRAWFORD, TED DAY, JOHN GUGLER, CHARLES HOWLETT, EDUARDO JIMENEZ, BILL MCMAHON, JODY PAULSON, ROBERT ROJAS, TODD SHOOK, TONY SKIRROW, DANTE STEWARD, SALVADOR BUCIO SUAREZ AND DANIEL WARE, and all other "aggrieved" employees,<br><br>Plaintiffs,<br><br>vs.<br><br>RUAN LOGISTICS CORP., an Iowa corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: SACV12-0688 AG (ANx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**Trial Date:** May 6, 2014<br>**Time:** 8:30 a.m.<br>**Ctrm:** 10D<br>**Judge:** Andrew J. Guilford |

1

| | |
|---|---|
| 1 | |
| 2 | Plaintiffs are happy to report that the Parties have voluntarily settled the "remaining claims" in this litigation. The Court may vacate all future dates at its discretion. Plaintiffs will shortly file a Motion for Preliminary Approval for the remaining claims (paystub related). Plaintiffs will appeal the (i) compensation claims, and (ii) meal and rest break claims that this Court ruled were preempted by the FAAAA to the Ninth Circuit. |

The Plaintiffs thank the Court for its diligence and thoughtfulness throughout the course of this litigation.

Respectfully submitted,

Dated: April 7, 2014            DESAI LAW FIRM, P.C.


By:     */s/ Aashish Y. Desai*
        Aashish Y. Desai
        Attorneys for Plaintiffs