UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 12-0688 AG (ANx) | Date | October 29, 2015 |
|---|---|---|---|
| Title | BURNHAM et al. v. RUAN TRANSPORTATION | | |

Present: The Honorable ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

On September 26, 2015, Plaintiffs filed their "Notice and Motion for Preliminary Approval" (the "Motion"). (Dkt. Nos. 320–321.) On October 26, 2015, the Court heard argument and raised concerns about the class action settlement notice and cy pres distribution proposed in the Motion, among other things. After the hearing, Plaintiffs lodged an amended proposed order granting the Motion with an attached revised class action settlement notice. (Dkt. Nos. 323, 323-1.) This amended proposed order includes Defendant's approval of the proposed order (and presumably the attached revised class action settlement notice). (Dkt. 323-1.) The Court is satisfied that the parties' revisions adequately address the Court's concerns.

The Court GRANTS the Motion.

_____ : 0

**Initials of Preparer**   lmb